## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PMA Financial Network, LLC, | |
| *Plaintiff*, | Case No. |
| v. | **JURY DEMANDED** |
| InvestCloud, Inc., | |
| *Defendant.* | |

## COMPLAINT

Plaintiff PMA Financial Network, LLC ("PMA"), by and through its attorneys, for its Complaint against Defendant InvestCloud, Inc. ("InvestCloud"), states as follows:

### NATURE OF THE ACTION

1.      This is an action for trademark infringement under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and for related causes of action under Illinois statutory and common law.

2.      This action arises from InvestCloud's infringement of PMA's valuable PMA and PMA Financial Network trademarks and service marks (and house marks) (hereinafter "PMA Marks"). The PMA family of companies provides comprehensive investment, portfolio management, financial management and fund administration services to thousands of municipalities, school districts, local government pools, insurance companies, banks and other institutions across 26 states.

3.      Nearly 40 years after PMA began using its federally registered PMA Marks in connection with financial and investment services, InvestCloud began using the identical mark PMA, as well as the term "PMA Network," in connection with a new software offering that purportedly enables its users to manage public and private assets in a unified account. After

learning of InvestCloud's use, PMA promptly contacted InvestCloud. PMA advised InvestCloud of PMA's trademark rights and its concern that InvestCloud's use of an identical mark for software that is both closely related and complementary to the products and services offered by PMA is likely to cause confusion among consumers. PMA requested that InvestCloud stop using the PMA mark and transition to a new mark. InvestCloud has refused to do so.

4.  Given the relatedness of the parties' goods and services, and the visual and phonetic identity of the respective marks, InvestCloud's use of PMA is likely to cause confusion as to whether InvestCloud's software is somehow connected to, sponsored, or approved by PMA. Alternatively, there is a danger that consumers could be led to believe that PMA is infringing upon InvestCloud's intellectual property rights, causing reverse confusion.

5.  PMA brings this action to stop InvestCloud's unauthorized and infringing use of a mark that is confusingly similar to the PMA Marks, and to obtain an award of profits, actual damages, and other relief.

## THE PARTIES

6.  PMA is a limited liability company organized under the laws of the state of Illinois with a business address at 2135 CityGate Lane, 7th Floor, Naperville, IL 60563.

7.  On information and belief, Defendant InvestCloud, Inc. is a Delaware corporation with a business address at 700 N. San Vicente Blvd., Suite G-605, West Hollywood, CA 90069.

## JURISDICTION AND VENUE

8.  This Court has subject matter jurisdiction over the federal question claims pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338. This complaint also alleges violations of Illinois law. This Court has jurisdiction over these state law claims pursuant to its supplemental

jurisdiction, 28 U.S.C. § 1367(a), in that the claims are so related to the above federal claims that they form part of the same case or controversy.

9.     This Court has personal jurisdiction over InvestCloud in that the acts complained of herein were purposefully directed at consumers in the Northern District of Illinois, create harm to PMA in this district (as well as to members of the public in this district), and because, on information and belief, InvestCloud has used the infringing PMA and PMA Network marks for business activities in, and purposefully directed to, the State of Illinois and this judicial district.

10.     Venue is proper in this district under 28 U.S.C. § 1391 (b) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## PMA'S BUSINESS AND MARKS

11.     PMA was founded in 1984 and has since evolved into a multi-service investment provider—the PMA companies. The PMA companies offer investment management, objectives-based asset allocation, fixed income investment products (including software products) and services, equity investment management, ancillary services, public finance/municipal advisory services, as well as comprehensive services for local government investment programs and other investment pool clients which include portfolio management, fund administration and marketing (the "PMA Services").

12.     The PMA companies include PMA Financial Network, LLC, PMA Securities LLC, and PMA Asset Management, LLC. PMA Funding, a combined service of PMA Financial Network and PMA Securities, is a leading provider of stable deposit and cost-effective funding solutions for financial institutions.

13.     PMA is also expanding.  In October 2024, PMA and Public Trust Advisors, LLC ("Public Trust") combined organizations to form a new financial services firm. Together, PMA

and Public Trust will provide comprehensive financial solutions and liquidity management programs to public entities, including local government investment programs and other investment pool clients, and financial institutions, both public and private, to help strengthen communities from coast to coast.

14.     Over the past 40 years, PMA has expended many millions of dollars in advertising, promoting, and selling the PMA Services.  As a result, PMA has accumulated considerable goodwill and recognition in its PMA Marks, and has developed strong common law rights in the PMA Marks.

15.     Due to the foregoing, consumers have come to associate the PMA Marks with PMA and the PMA Services.

16.     PMA also owns several U.S. trademark applications and registrations for its PMA Marks, including the following registrations:

| Mark | Registration No. | Services |
|------|------------------|----------|
| PMA ASSET MANAGEMENT | 6218433 | Investment brokerage and broker-dealer financial services in the field of securities . . .; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services . . .; financial administration . . . . |
| PMA ASSET MANAGEMENT (and design) | 6218434 | Same |
| PMA FUNDING (and design) | 6218435 | Same |
| PMA SECURITIES (and design) | 6218436 | Same |
| PMA (and design) | 6229940 | Same |
| PMA FINANCIAL NETWORK (and design) | 6218437 | Same |

4

| Mark | Registration No. | Services |
|---|---|---|
| PMA FUNDING | 3939513 | Investment brokerage, financial and investment banking services, financial and investment counseling services . . . |
| PMA | 3516549 | Same |
| PMA FINANCIAL PLANNING PROGRAM | 3628929 | Same |
| PMA FINANCIAL NETWORK | 3628930 | Same |
| PMA PUBLIC FINANCE SPECIALISTS | 3505353 | Same |
| PMA SECURITIES | 3628923 | Same |
| PMA FPP | 3723873 | Same |

Several of the above registrations are now incontestable under federal law. Copies of the certificates of registration for the PMA Marks are attached as Exhibit 1.

<u>INVESTCLOUD'S BUSINESS AND UNAUTHORIZED CONDUCT</u>

17.     On information and belief, InvestCloud is a global company that provides digital platforms and financial solutions for the wealth management industry.  It offers cloud-based solutions for a variety of financial institutions, including banks, asset managers, and wealth managers.

18.     On December 20, 2024, PMA learned via a Google alert that InvestCloud was "unveiling" "PMA"— "a new private-markets account offering intended to simplify alternative investments management."  According to the underlying news article published by *Yahoo Finance* (attached as Exhibit 2), "InvestCloud's PMA will operate through the largest platform that

combines public and private assets, supported by the PMA Network"—"a connected ecosystem of asset managers, wealth managers, distributors, and model creators."

19.     In sum, InvestCloud's "PMA" is a software offering that purportedly allows wealth management firms to manage public and private assets in a unified account, streamlining portfolio diversification, asset allocation, and operational efficiency.

20.     After learning of InvestCloud's use, PMA promptly contacted InvestCloud by letter correspondence dated January 7, 2025.  PMA advised InvestCloud of its PMA Marks and trademark/service mark rights, and its concern that InvestCloud's use of the identical mark PMA, and the substantially identical mark PMA Network, is likely to cause confusion among consumers and others.  Given the propensity for both forward and reverse confusion, as well as dilution of its distinctive PMA Marks, PMA requested that InvestCloud stop using the PMA mark and transition to a new name.

21.     InvestCloud responded to PMA's letter, refuting the likelihood of confusion.

22.     Thus, InvestCloud has been, and continues to be, engaged in acts that are injurious and deceptive to the public and which will cause PMA irreparable harm.

23.     If allowed to continue, InvestCloud's conduct will result in irreparable harm to PMA.

<u>COUNT I</u>
<u>TRADEMARK AND SERVICE MARK INFRINGEMENT (15 U.S.C. § 1114)</u>

24.     PMA realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

25.     PMA owns and has rights to use its federally registered PMA Marks in connection with "financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services" and other services.

26.     As a result of PMA's longstanding, widespread, and continuous use of the PMA Marks in interstate commerce, its marks enjoy considerable goodwill that has become associated with PMA.

27.     PMA's rights in its PMA Marks predate InvestCloud's first use of the PMA mark by approximately 40 years.

28.     The PMA mark used by InvestCloud is identical to the PMA Marks in sight, sound, and commercial impression.

29.     Moreover, InvestCloud uses the PMA mark, and the PMA Network mark, in connection with software that is used to manage public and private investments. And, thus, InvestCloud's goods are both closely related and complimentary to the investment products and services offered by PMA under the PMA Marks.

30.     InvestCloud's use of PMA, and the PMA Network mark, is likely to cause confusion as to the source, sponsorship, or approval of InvestCloud's software. Consumers may be led to believe that InvestCloud's software is connected with PMA. Alternatively, consumers could mistakenly believe that PMA is infringing on InvestCloud's intellectual property.

31.     InvestCloud chose to use PMA with constructive and/or actual knowledge of PMA's prior use of and rights in the PMA Marks.

32.     InvestCloud's use of the confusingly similar PMA mark deprives PMA of the ability to control consumer perception of the quality of the goods and services marketed under the PMA Marks, its house marks, and, instead, places PMA's valuable reputation and goodwill into the hands of InvestCloud, over whom PMA has no control.

33.     The aforementioned acts of InvestCloud constitute federal trademark infringement in violation of 15 U.S.C. § 1114.

34.     The intentional nature of InvestCloud's acts makes this an exceptional case under 15 U.S.C. § 1117(a).

35.     PMA has been, is now, and will be irreparably harmed by InvestCloud's aforementioned acts of infringement, and, unless enjoined by the Court, InvestCloud will continue to infringe upon the PMA Marks.  There is no adequate remedy at law for the harm caused by the acts of infringement alleged herein.

COUNT II
UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN
(15 U.S.C. § 1125(a))

36.     PMA realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

37.     InvestCloud's use of the PMA mark falsely suggests that its software is connected with, sponsored by, affiliated with, related to, and/or approved by PMA and its services marketed under the PMA Marks.

38.     On information and belief, InvestCloud has acted with knowledge of PMA's PMA Marks.  Even a cursory search of the USPTO database would have revealed those registrations.

39.     InvestCloud's unauthorized use of a confusingly similar mark constitutes unfair competition and a false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

40.     PMA has been, is now, and will continue to be irreparably harmed by InvestCloud's aforementioned acts of unfair competition of false designation of ownership, and, unless enjoined by the Court, InvestCloud will continue to infringe PMA's rights. There is no adequate remedy at law for the harm caused by the acts of infringement alleged herein.

<u>COUNT III</u>
<u>COMMON LAW TRADEMARK AND SERVICE MARK INFRINGEMENT/UNFAIR</u>
<u>COMPETITION</u>

41.     PMA realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

42.     Because of PMA's significant promotion and advertising efforts under the PMA Marks, and use of such Mark(s) for over four decades, the PMA Marks have become uniquely associated with PMA and identify PMA as the source of the PMA products and/or services. PMA's PMA Marks are valid trademarks and service marks under the common law.

43.     InvestCloud's acts constitute trademark infringement under the common law.

44.     InvestCloud's unauthorized and infringing use of the PMA mark also constitutes unfair competition with PMA under the common law, in that such use enables InvestCloud to obtain the benefit of, and trade upon, the widespread recognition and goodwill of PMA; PMA has no control over the business of InvestCloud and its impact on PMA's goodwill; and such use is likely to cause confusion, mistake or deception, and result in the unjust enrichment of InvestCloud.

45.     In addition, PMA has been, is now, and will be irreparably harmed by InvestCloud's actions complained of herein, and unless enjoined by this Court, PMA will suffer further harm, constituting an injury for which there is no adequate remedy at law.

<u>COUNT IV</u>
<u>DECEPTIVE TRADE PRACTICES (815 ILCS 510/2, *et seq.*)</u>

46.     PMA realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

47.     By the acts alleged herein, InvestCloud has engaged in unfair or deceptive acts or practices, and thereby has created a likelihood of confusion or misunderstanding as to the source, sponsorship or approval of the goods it is offering for sale; created a likelihood of confusion or

misunderstanding as to whether InvestCloud is affiliated, connected or associated with PMA; and otherwise has engaged in conduct creating a likelihood of confusion and/or misunderstanding as to the affiliation with, connection with or certification by another. The aforementioned acts and/or other activities of InvestCloud complained of herein are in violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS 510/2). PMA will continue to suffer future harm unless the forementioned acts and/or other activities of InvestCloud are enjoined by this Court.

48.     InvestCloud willfully engaged in the deceptive trade practices described in this Complaint.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, for the foregoing reasons, PMA respectfully prays for relief as follows:

1.     Entry of an order and judgment requiring that InvestCloud and its officers, agents, employees, owners, and representatives, and all other persons, firms, or corporations in active concert or participation with it, be preliminarily and permanently enjoined and restrained from (a) using in any manner the PMA Marks, or any colorable imitation of those marks (including PMA Network), as a trade name, trademark, service mark, or domain name; and (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or current or prospective customers of PMA's products and services, with respect to the source of the products and services offered for sale, distributed, or sold by InvestCloud, or with regard to there being a connection between InvestCloud and PMA;

2.     A judgment ordering InvestCloud, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon PMA within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which InvestCloud has complied with the

injunction and implemented adequate and effective means to discontinue doing business and offering or selling goods using the PMA mark, as set forth above;

3. A judgment, pursuant to 15 U.S.C. § 1117, requiring that InvestCloud account for and pay to PMA damages arising from InvestCloud's violation of the Lanham Act;

4. A judgment, pursuant to 15 U.S.C. § 1117, requiring that InvestCloud account for and disgorge to PMA all of the profits realized by InvestCloud or others in active concert or participation with InvestCloud, relating to the use of the PMA mark, and, as the Court may deem appropriate, any additional amounts pursuant to 15 U.S.C. § 1117, plus interest;

5. A judgment ordering InvestCloud, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or show proof of said destruction or sufficient modification to eliminate, all articles, signage, promotional items, literature, sales aids, packaging, or other materials in the possession, custody, or control of InvestCloud or its agents or distributors, bearing any mark confusingly similar to any of the PMA Marks, both alone and in combination with other words or terms;

6. A judgment, pursuant to 15 U.S.C. § 1117, allowing PMA to recover its costs and attorneys' fees incurred in connection with this action;

7. A judgment requiring that InvestCloud pay pre- and post-judgment interest; and

8. A judgment granting PMA any relief that the Court deems just and proper.


<u>JURY DEMAND</u>

PMA hereby demands a jury trial on all issues as to which trial by jury is allowed.

Dated: January 27, 2025

Respectfully submitted,

/s/ Carolyn Passen
Floyd A. Mandell (#1747681)
Carolyn M. Passen (#6283537)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Tel.: (312) 902-5200
Fax: (312) 902-1061

*Counsel for Plaintiff PMA Financial Network, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2025, I caused copies of the foregoing to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

*/s/   Carolyn Passen*

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# PMA ASSET MANAGEMENT

**Reg. No. 6,218,433**

**Registered Dec. 08, 2020**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

No claim is made to the exclusive right to use the following apart from the mark as shown: "ASSET MANAGEMENT"

SER. NO. 88-804,272, FILED 02-20-2020





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,218,434**
**Registered Dec. 08, 2020**
**Int. Cl.: 36**
**Service Mark**
**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

The mark consists of two quadrilateral designs placed opposite each other with the space between forming a smaller triangle on the left and a larger triangle on the right; to the right of the design are the letters "PMA" with the term "ASSET MANAGEMENT" underneath in smaller font.

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

No claim is made to the exclusive right to use the following apart from the mark as shown: "ASSET MANAGEMENT"

SER. NO. 88-804,435, FILED 02-20-2020



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,218,435**

**Registered Dec. 08, 2020**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

The mark consists of two quadrilateral designs placed opposite each other with the space between forming a smaller triangle on the left and a larger triangle on the right; to the right of the design are the letters "PMA" with the term "FUNDING" underneath in smaller font.

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

No claim is made to the exclusive right to use the following apart from the mark as shown: "FUNDING"

SER. NO. 88-804,958, FILED 02-20-2020



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,218,436**

**Registered Dec. 08, 2020**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

The mark consists of two quadrilateral designs placed opposite each other with the space between forming a smaller triangle on the left and a larger triangle on the right; to the right of the design are the letters "PMA" with the term "SECURITIES" underneath in smaller font.

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

No claim is made to the exclusive right to use the following apart from the mark as shown: "SECUITIES"

SER. NO. 88-804,960, FILED 02-20-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,229,940**
**Registered Dec. 22, 2020**
**Int. Cl.: 36**
**Service Mark**
**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; fund accounting services; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

The mark consists of two quadrilateral designs placed opposite each other with the space between forming a smaller triangle on the left and a larger triangle on the right; to the right of the design are the letters "PMA".

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

SER. NO. 88-804,961, FILED 02-20-2020



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,218,437**
**Registered Dec. 08, 2020**
**Int. Cl.: 36**
**Service Mark**
**Principal Register**

PMA Financial Network, LLC  (ILLINOIS LIMITED LIABILITY COMPANY)
2135 Citygate Lane, 7th Floor
Naperville, ILLINOIS 60563

CLASS 36: Investment brokerage and broker-dealer financial services in the field of securities, namely, stocks, bonds, government securities, municipal securities, investment company and deposit products; financial advisory and investment banking services; financial and investment counseling services; financial and investment advisory and consultancy services, for public entities, institutions, retail clients, and pooled investment vehicles; financial administration, namely, providing transfer agency services rendered to issuers of investment securities

FIRST USE 5-4-2020; IN COMMERCE 5-4-2020

The mark consists of two quadrilateral designs placed opposite each other with the space between forming a smaller triangle on the left and a larger triangle on the right; to the right of the design are the letters "PMA" with the term "FINANCIAL NETWORK" underneath in smaller font.

OWNER OF U.S. REG. NO. 3516549, 3628923, 3723873

No claim is made to the exclusive right to use the following apart from the mark as shown: "FINANCIAL NETWORK"

SER. NO. 88-804,980, FILED 02-20-2020



Director of the United States
Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# PMA Funding

**Reg. No. 3,939,513**

**Registered Apr. 5, 2011**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
7TH FLOOR
2135 CITYGATE LANE
NAPERVILLE, IL 60563

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2009; IN COMMERCE 3-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,516,548, 3,628,923 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FUNDING", APART FROM THE MARK AS SHOWN.

SER. NO. 77-792,584, FILED 7-29-2009.

MEGHAN REINHART, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,516,549**

Registered Oct. 14, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# PMA

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)

27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-1984; IN COMMERCE 1-31-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-969,925, FILED 9-8-2006.

CYNTHIA SLOAN, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,628,929**

Registered May 26, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

## PMA FINANCIAL PLANNING PROGRAM

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL PLANNING PROGRAM", APART FROM THE MARK AS SHOWN.

SN 78-897,795, FILED 6-1-2006.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,628,930**

**United States Patent and Trademark Office**  Registered May 26, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## PMA FINANCIAL NETWORK

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1984; IN COMMERCE 1-0-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL NETWORK", APART FROM THE MARK AS SHOWN.

SN 78-897,855, FILED 6-1-2006.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,505,353**

Registered Sep. 23, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# PMA PUBLIC FINANCE SPECIALISTS

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-31-2002; IN COMMERCE 10-31-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PUBLIC FINANCE SPECIALISTS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-897,994, FILED 6-1-2006.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,628,923**

Registered May 26, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# PMA SECURITIES

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1992; IN COMMERCE 7-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SECURITIES", APART FROM THE MARK AS SHOWN.

SN 78-891,354, FILED 5-24-2006.

CYNTHIA SLOAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# PMA FPP

**Reg. No. 3,723,873**
Registered Dec. 8, 2009

**Int. Cl.: 36**

**SERVICE MARK**
**PRINCIPAL REGISTER**

PRUDENT MAN ANALYSIS, INC. (ILLINOIS CORPORATION)
27545 DIEHL ROAD, SUITE 100
WARRENVILLE, IL 60555

FOR: INVESTMENT BROKERAGE, FINANCIAL AND INVESTMENT BANKING SERVICES, FINANCIAL AND INVESTMENT COUNSELING SERVICES, ALL OF THE FOREGOING FOR PUBLIC FINANCE, INSURANCE COOPERATIVE AND PENSION FUND CUSTOMERS AND SPECIFICALLY EXCLUDING SMALL BUSINESS CUSTOMERS AND RETAIL OR INDIVIDUAL CONSUMER CUSTOMERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-859,005, FILED 4-11-2006.

KEVON CHISOLM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 2

# InvestCloud unveils private-markets account offering

InvestCloud's PMA supports approach to asset allocation by integrating public and private investments into a unified view. Credit: Borri_Studio /Shutterstock. · Private Banker International · Borri_Studio /Shutterstock.

**GlobalData**
December 20, 2024 • 2 min read

 

Wealth technology provider InvestCloud has introduced Private Markets Account (PMA), a new private-markets account offering intended to simplify alternative investments management with traditional ones.

The new offering allows wealth management firms to manage public and private assets in a unified account, streamlining portfolio diversification, asset allocation, and operational efficiency.

InvestCloud's PMA will operate through the largest platform that combines public and private assets, supported by the PMA Network.

This network is a connected ecosystem of asset managers, wealth managers, distributors, and model creators.

Using InvestCloud's APL managed accounts platform, which currently supports nearly four million models, the PMA provides a centralised point for holding, valuing, and rebalancing alternative investments.

InvestCloud chairman and CEO Jeff Yabuki said: "The PMA will enable the wealth management industry to benefit from the private markets through a combination of our leading technology, relevant models and top-tier partnerships with key leaders in the industry.

"We are focused on creating a network of connected capabilities to meet growing client demand for private market investments that allows our clients to prosper in this exciting and transformational time."

With PMA, wealth managers and financial advisors can efficiently manage a diverse range of private market securities, such as private credit, private equity, interval funds, real estate, operating companies, non-traded REITs, and BDCs.

PMA also supports approach to asset allocation by integrating public and private investments into a unified view. It also supports seamless portfolios rebalancing by managing value flows between public and private securities.

Additionally, PMA allows wealth managers to discover and integrate models and products from strategists, home offices, or asset managers.

Yabuki adde: "The Private Markets Account and PMA Network from InvestCloud is more than an industry first. It's the next step in our commitment to enabling a smarter financial future for wealth management."

Last year, US-based fintech company Bunker selected InvestCloud to assist in launching a new digital investment platform.

"InvestCloud unveils private-markets account offering" was originally created and published by Private Banker International, a GlobalData owned brand.

The information on this site has been included in good faith for general informational purposes only. It is not intended to amount to advice on which you should rely, and we give no representation, warranty or guarantee, whether express or implied as to its accuracy or completeness. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on our site.

🗨 **View Comments**

Terms and Privacy Policy    Privacy Dashboard

## Recommended Stories



Copyright © 2025 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**

Dow Jones

S&P 500

DAX Index

Nvidia

Tesla

DJT

**EXPLORE MORE**

Mortgages

Credit Cards

Sectors

Crypto Heatmap

Financial News

**ABOUT**

Data Disclaimer

Help

Feedback

Sitemap

Licensing

What's New

About Our Ads

Premium Plans