## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PMA Financial Network, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-00907 |
| | ) | |
| v. | ) | Hon. Daniel P. McLaughlin |
| | ) | |
| InvestCloud, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 1, 2025, Plaintiff PMA Financial Network, LLC and Defendant InvestCloud, Inc. jointly submit the following report on their discovery progress and the prospects of settlement.

As to discovery, the parties have completed the FRCP 26(f) conference and have exchanged Initial Disclosures pursuant to FRCP 26(a)(1). In May 2025, the parties exchanged written discovery, and each party provided their responses in June 2025. The parties met and conferred to resolve objections related to the written discovery. On July 11, 2025, the Court entered the parties' Agreed Confidentiality Order. (Dkt. No. 25.) On September 8, 2025, the Court entered an Agreed Order Regarding Discovery of Electronically Stored Information at the parties' request. (Dkt. No. 40.) Both parties have produced documents.

As to settlement, the parties notified the Court that they will be participating in the Voluntary Mediation Program for Lanham Act Cases. (Dkt. No. 27.) The mediation was held on November 14, 2025, and took place in person in Chicago. The Honorable Andrew J. Peck, former United States Magistrate Judge for the Southern District of New York served as mediator. The parties were unable to resolve this case at the mediation.

The parties are on track to meet the modified discovery deadlines set forth by the Court on

October 1, 2025. (Dkt. No. 42.)

Dated: November 18, 2025

Counsel for PMA Financial Network, LLC

/s/ Matthew Hartzler

Floyd A. Mandell (#1747681)
Carolyn M. Passen (#6283537)
Matthew Hartzler (#6336011)
Lauren Eiten (#6342079)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
floyd.mandell@katten.com
carolyn.passen@katten.com
matthew.hartzler@katten.com
lauren.eiten@katten.com

Respectfully Submitted,

Counsel for InvestCloud, Inc.

/s/ Harry Dodsworth

Charles K. Schafer (#6279690)
Harry Dodsworth (#6338902)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
cschafer@sidley.com
hdodsworth@sidley.com

Randi W. Singer (#2946671)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
randi.singer@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 18, 2025, I caused a copy of the foregoing to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

*/s/   Matthew Hartzler*